UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alexander Faison
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Harold McKinney

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

07 Civ. 8561 (JGK) ( )

APPLICATION FOR THE COURT
TO REQUEST COUNSEL
PURSUANT TO 18 U.S.C. § 3006A(g)

PRO SE OFFICE

1. Name of applicant. Alexander Faison

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary)
Because I am a layman of law, and often come upon situations and documents I am unfamiliar with.

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary)

4. If you need a lawyer who speaks in a language other than English, state what language you speak:

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court.

6. I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7. **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: June 14, 2008

Alex Faison
Signature

Rev. 07/2007

APPLICATION GRANTED
SO ORDERED

6/24/08

John G. Koeltl, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alexander Faison
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

Harold McKinney

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

07 Civ. 8561 (JGK) ( )

**REQUEST TO PROCEED**
*IN FORMA PAUPERIS*
**FOR APPLICATION FOR THE**
**COURT TO REQUEST COUNSEL**

I, Alexander Faison , *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   None

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   a) Are you receiving any public benefits?      ☑ No.      ☐ Yes, $_____.
   b) Do you receive any income from any other source?   ☑ No.   ☐ Yes, $_____.

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☒ No.    ☐ Yes, $_____ .

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No.    ☐ Yes, _____ .

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☒ No.    ☐ Yes, $_____ .

7. List the person(s) that you pay money to support and the amount you pay each month.

   _____
   _____

8. State any special financial circumstances which the Court should consider.

   _____
   _____
   _____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___14 Th___ day of ___June___, ___2008___.
              *date*                    *month*       *year*

                                                        *[Signature]*
                                                        *Signature*