UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
ALEXANDER FAISON,

                Petitioner,               07 civ 8561 (JGK)

-against-                    **MEMORANDUM AND ORDER**

HAROLD McKINNEY,

                Respondent.
-----------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

      The Court issued a memorandum and order dated January 8, 2008, directing the Clerk to serve a copy of the January 8, 2008 order and the petition on the Attorney General of the State of New York. The Attorney General was directed to respond to the petition within 60 days of the receipt of the Court's January 8, 2008 order.

      It appears that the Attorney General may not have received either the Court's January 8, 2008 order or the petition in this action.

      The Clerk of this Court is directed to serve a copy of this order, together with a copy of the petition, on the Attorney General for the State of New York, who shall answer or move with respect to the petition for habeas corpus by **August 28, 2008.**

      The Attorney General shall submit transcripts of all proceedings, any briefs submitted on appeal and the record in any state post-conviction proceedings. The Attorney General shall also address, as appropriate, the proper procedural handling under the Antiterrorism and Effective Death Penalty Act of 1996, Public Law No. 104-132, 110 Stat 1214 (1996).

      The petitioner shall file a reply to the petition by September 29, 2008.

**SO ORDERED.**

                                                      JOHN G. KOELTL
                                      UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       June 25, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08