USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07-08-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------

ALEXANDER FAISON,

                Petitioner,      07 Civ. 8561 (JGK)

   - against -                  ORDER

HAROLD McKINNEY,

                Respondent.
---------------------------------------

JOHN G. KOELTL, District Judge:

    The Court was presented with two applications from the petitioner, one for the appointment of counsel and one to proceed in forma pauperis in connection with the motion to appoint counsel. The Court granted both applications on June 24, 2008.

    Having reviewed the petition, the Court now **vacates** the appointment of counsel because the petitioner has failed to demonstrate that his claim has substance or a likelihood of success on the merits. See Hodge v. Police Officers, 802 F.2d 58, 61-62 (2d Cir. 1986); Jackson v. Moscicki, No. 99 Civ. 2427 (JGK), 2000 WL 511642, at *4 (S.D.N.Y. Apr. 27, 2000). The petitioner's motion to appoint counsel is therefore **denied without prejudice to renewal** for failure to make the required showing at this time. The petitioner's request to proceed in

1

forma pauperis in connection with his motion to appoint counsel is **granted**.


SO ORDERED.

Dated: New York, New York
       July 7, 2008

_____
John G. Koeltl
United States District Judge